**Dismissed and Opinion Filed November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00983-CV

**NANCY DELEON AND ALL OTHER OCCUPANTS, Appellants**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02632-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated August 17, 2015, we notified appellants the $195 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated August 17, 2015, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. By letter dated October 7, 2015, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation they had been found entitled to proceed

without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

150983F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NANCY DELEON AND ALL OTHER OCCUPANTS, Appellants

No. 05-15-00983-CV     V.

DALLAS HOUSING AUTHORITY, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-02632-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellee DALLAS HOUSING AUTHORITY recover its costs of this appeal from appellants NANCY DELEON AND ALL OTHER OCCUPANTS.

Judgment entered November 30, 2015.